# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| QUORUM HEALTH CORPORATION, *et al.*, | Case No. 20-10766 (KBO) |
| Debtors.[1] | Jointly Administered |
|  | **Related to Docket Nos. 20, 116, 129, 237** |

### NOTICE OF FILING OF PROPOSED FINAL ORDER (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING, (B) USE CASH COLLATERAL, AND (C) GRANT LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (II) GRANTING ADEQUATE PROTECTION; (III) MODIFYING THE AUTOMATIC STAY; AND (IV) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE THAT, on April 7, 2020, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 20] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE THAT, on April 9, 2020, the Court entered the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and*

---

[1] The last four digits of Quorum Health Corporation's tax identification number are 5208. There are 135 Debtors in these chapter 11 cases, which cases are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Quorum. The location of Quorum Health Corporation's corporate headquarters and the Debtors' service address is 1573 Mallory Lane, Brentwood, Tennessee 37027.

*(V) Granting Related Relief* [Docket No. 116] (the "Interim Order"), granting certain of the relief requested in the Motion on an interim basis.

PLEASE TAKE FURTHER NOTICE THAT, on May 1, 2020, the Debtors filed the *Notice of Filing of Proposed Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens And Superpriority Administrative Expense Claims; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* [Docket No. 237] (the "Notice of Filing").

PLEASE TAKE FURTHER NOTICE THAT, since the filing of the Notice of Filing, the Debtors have further revised the proposed form of final order granting the relief requested in the Motion on a final basis (the "Final Order"). The current version of the proposed Final Order is attached hereto as Exhibit A. A blackline version of the proposed Final Order reflecting all changes from the version of the proposed final order attached to the Notice of Filing is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE THAT, on May 6, 2020, at 10:00 a.m. (ET), the Court will hold a hearing to consider entry of the proposed Final Order, thereby granting the relief requested in the Motion on a final basis.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: May 5, 2020<br>Wilmington, Delaware | */s/ David R. Hurst* |
| | David R. Hurst (I.D. No. 3743)<br>**MCDERMOTT WILL & EMERY LLP**<br>1007 North Orange Street, 4th Floor<br>Wilmington, Delaware 19801<br>Telephone:   (302) 485-3900<br>Facsimile:    (302) 351-8711<br>Email:          dhurst@mwe.com |
| | -and- |
| | Felicia Gerber Perlman (admitted *pro hac vice*)<br>Bradley Thomas Giordano (admitted *pro hac vice*)<br>Megan Preusker (admitted *pro hac vice*)<br>**MCDERMOTT WILL & EMERY LLP**<br>444 West Lake Street<br>Chicago, Illinois 60606-0029<br>Telephone:   (312) 372-2000<br>Facsimile:    (312) 984-7700<br>Email:          fperlman@mwe.com<br>                    bgiordano@mwe.com<br>                    mpreusker@mwe.com |
| | *Counsel for the Debtors and Debtors-in-Possession* |