# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Karen B. Owens
Courtroom

Calendar Date: 05/11/2020
Calendar Time: 04:00 PM ET

*2nd Revision   May 11 2020 12:37PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Quorum Health Corporation | 20-10766 | Hearing | 10563303 | William E. Arnault | (312) 862-2000 ext. | Kirkland & Ellis LLP | Creditor, Ad Hoc Committee of Certain Holders of 11.625% Senior Notes / LIVE |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10564353 | Joseph C. Barsalona, II | (302) 351-9118 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, Mudrick Capital Management, LP / LIVE |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10563411 | William Bowden | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10563432 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10563724 | Douglas Candeub | (302) 888-6854 ext. | Morris James LLP | Creditor, MEDHOST Cloud Services, Inc. et al / LISTEN ONLY |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10563202 | Kevin M. Capuzzi | (302) 442-7063 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Interested Party, Ad Hoc Committee of certain holders of 11.625% Senior Notes due 2023 / LIVE |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10564147 | M. Blake Cleary | (302) 571-6714 ext. | Young, Conaway Stargatt & Taylor, LLP | Lender(s), UBS AG, Stamford Branch, as Administrative Agent & Collateral Agent / LIVE |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10564371 | Kim Conroy | (212) 506-1946 ext. | Kasowitz Benson & Torres LLP | Interested Party, Mudrick Capital Management, LP / LIVE |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10564322 | Robert J. Dehney | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, Robert J. Dehney / LIVE |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10563426 | Katharina Earle | (302) 654-1888 ext. | Ashby & Geddes, P.A. | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10563244 | Bradley T. Giordano | (312) 984-6473 ext. | McDermott Will & Emery LLP | Debtor, Quorum Health Corporation / LIVE |

| Quorum Health Corporation | 20-10766 | Hearing | 10563339 | Nicole Greenblatt | (212) 446-4664 ext. | Kirkland & Ellis LLP | Creditor, Ad Hoc Committee of Certain Holders of 11.625% Senior Notes / LIVE |
|---|---|---|---|---|---|---|---|
| Quorum Health Corporation | 20-10766 | Hearing | 10563253 | Timothy Hoeffner | (267) 767-2644 ext. | McDermott Will & Emery LLP | Debtor, Quorum Health Corporation / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10563210 | David Hurst | (302) 485-3900 ext. 5068 | McDermott Will & Emery LLP | Debtor, Quorum Health Corporation / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10563488 | Ted Kalborg | (646) 855-6705 ext. | Bank of America | Interested Party, Ted Kalborg / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10563544 | Tyson Lomazow | (212) 530-5367 ext. | Milbank LLP | Creditor, Ad Hoc Group of First Lien Lenders / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10563233 | Benjamin Loveland | (617) 526-6641 ext. | Wilmer Hale, LLP | Creditor, GLAS Americas LLC / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10563567 | Alex E. Miller | (212) 530-5546 ext. | Milbank LLP | Creditor, Ad Hoc Group of First Lien Lenders / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10564012 | Deborah J. Newman | (212) 849-7000 ext. | Quinn, Emanuel, Urquhart & Sullivan, LLP | Creditor, Quorum Health Corp / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10563229 | Felicia Perlman | (312) 984-6473 ext. | McDermott Will & Emery LLP | Debtor, Quorum Health Corporation / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10564327 | Andrew R. Remming | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, Mudrick Capital Management, LP / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10564141 | Carey D. Schreiber | (212) 294-6810 ext. | Winston & Strawn LLP | Lender(s), UBS AG, Stamford Branch, as Administrative Agent & Collateral Agent / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10564333 | Howard Schub | (212) 506-1729 ext. 00 | Kasowitz Benson & Torres LLP | Interested Party, Mudrick Capital Management, LP / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10563292 | Russell Silberglied | (302) 651-7545 ext. | Richards, Layton & Finger, P.A. | Interested Party, Ad Hoc Group of term lenders / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10564379 | Matthew B. Stein | (212) 506-1717 ext. | Kasowitz Benson & Torres LLP | Interested Party, Matthew Stein / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10564361 | Brett Turlington | (302) 658-9200 ext. 212 | Morris Nichols Arsht & Tunnell LLP | Interested Party, Mudrick Capital Management, LP / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10564342 | Meghan Ward Cascio | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, Mudrick Capital Management, LP / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10564142 | Gregory W. Werkheiser | (302) 442-7075 ext. | Benesch Friedlander Coplan & Aronoff, LLP | DIP Agent, GLAS USA LLC and GLAS Americas LLC / LIVE |