# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Karen B. Owens
Courtroom

Calendar Date: 06/29/2020
Calendar Time: 10:00 AM ET

*Amended Calendar  Jun 29 2020  8:12AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Quorum Health Corporation | 20-10766 | Hearing | 10666569 | Katherine Anderson-Sanchez | (602) 798-5400 ext. | Ballard Spahr LLP | Creditor, Insight / LIVE |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10667436 | William E. Arnault | (312) 862-2000 ext. | Kirkland & Ellis LLP | Interested Party, Ad Hoc Committee of Noteholders / LIVE |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10661093 | Joseph C. Barsalona, II | (302) 351-9118 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, Mudrick Capital Management, LP / LIVE |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10675030 | Jordan S. Blask | (412) 566-1212 ext. | Tucker Arensberg | Interested Party, Thermo Fisher Scientific / LISTEN ONLY |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10660016 | William Bowden | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Wilmington Savings Fund Society / LISTEN ONLY |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10672828 | William D. Brewer | (212) 294-6810 ext. | Winston & Strawn LLP | Lender(s), UBS AG, Stamford Branch, as Administrative Agent & Collateral Agent / LISTEN ONLY |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10675732 | Charles J. Brown III | (302) 425-5813 ext. | Gellert Scali Busenkell & Brown LLC | Creditor, Raj Barma / LIVE |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10673287 | Kate R. Buck | (302) 984-6300 ext. | McCarter & English LLP | Creditor, Wells Fargo Vendor Financial Service, LLC et al / LIVE |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10675609 | Kieran Byrne | (973) 265-2905 ext. | In Pro Per | Interested Party, Investor MK Byrne & Co. / LISTEN ONLY |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10661697 | Kevin M. Capuzzi | (302) 442-7063 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Interested Party, Ad Hoc Committee of certain holders of 11.625% Senior Notes due 2023 / LIVE |
| | | Quorum Health Corporation | 20-10766 | Hearing | 10672864 | Jaime Chapman | (302) 571-5732 ext. | Young, Conaway Stargatt & Taylor, LLP | Interested Party, UBS AG / LISTEN ONLY |

| Case Name | Case # | Proceeding | App ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Quorum Health Corporation | 20-10766 | Hearing | 10671252 | David Chasen | (305) 422-1465 ext. | Kairos Capital Management LP | Interested Party, Kairos Capital Management / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10672853 | M. Blake Cleary | (302) 571-6714 ext. | Young, Conaway Stargatt & Taylor, LLP | Lender(s), UBS AG, Stamford Branch, as Administrative Agent & Collateral Agent / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10658681 | Kelly M. Conlan | (302) 252-3625 ext. | Connolly Gallagher LLP | Claimant, Cigna / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10661134 | Kim Conroy | (212) 506-1946 ext. | Kasowitz Benson & Torres LLP | Interested Party, Mudrick Capital Management, LP / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10661289 | Guy Davis (Witness) | (212) 603-8349 ext. | Protiviti, Inc. | Witness, Mudrick Capital Management, L.P. / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10661056 | Robert J. Dehney | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, Robert J. Dehney / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10671833 | Kevin M. Eckhardt | (646) 862-6386 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10661166 | Andrew H. Elkin | (212) 542-4756 ext. | Kasowitz, Benson & Torres LLP | Interested Party, Mudrick Capital Management, L.P. / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10663240 | Robert Feuille | (915) 533-2493 ext. | ScottHulse, P.C. | Creditor, Continental Mountain / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10659389 | Lincoln Finkenberg | (212) 261-6813 ext. | Perkins Coie LLP | Interested Party, Lincoln Finkenberg / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10667957 | Mark I. Fishman | (203) 821-2000 ext. | Neubert, Pepe & Monteith, P.C. | Interested Party, Daniel T. McMurray / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10663023 | Gregory Flasser | (302) 429-4270 ext. | Bayard P.A. | Interested Party, SCP Health / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10667939 | Thomas Forrester | (615) 418-0202 ext. | Gullett Sanford Robinson & Martin, PLLC | Creditor, MEDHOST Cloud Services, Inc. et al / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10667359 | John Gentile | (302) 442-7071 ext. | Benesch Friedlander Coplan & Aronoff, LLP | DIP Agent, GLAS USA LLC and GLAS Americas LLC / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10674620 | David Giattino | (302) 425-3312 ext. | Stevens & Lee, P.C. | Bankruptcy Counsel, Class Counsel / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10659312 | Bradley T. Giordano | (312) 984-6473 ext. | McDermott Will & Emery LLP | Debtor, Quorum Health Corporation / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10661646 | Andrew N. Goldman | (212) 230-8836 ext. | Wilmer Cutler Pickering Hale & Dorr LLP | Creditor, GLAS Americas, LLC / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10675735 | Nicole Greenblatt | (212) 446-4664 ext. | Kirkland & Ellis LLP | Creditor, Ad Hoc Committee / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Quorum Health Corporation | 20-10766 | Hearing | 10665454 | Brian Guiney | (212) 336-2305 ext. | Patterson Belknap Webb & Tyler | Interested Party, Johnson & Johnson / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10671247 | Bojan Guzina | (312) 853-7323 ext. | Sidley Austin LLP | Creditor, Blue Cross / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10658897 | Benjamin A. Hackman | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Andrew Vara / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10661180 | Claiborne Hane | (212) 547-1386 ext. | Kasowitz, Benson & Torres LLP | Interested Party, Mudrick Capital Management / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10659367 | H. Peter Haveles Jr. | (212) 547-5400 ext. | McDermott Will & Emery LLP | Debtor, Quorum Health Corporation / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10659443 | Patrick J. Healy | (302) 888-7420 ext. | Wilmington Savings Fund Society | Creditor, Wilmington Savings Fund Society / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10661191 | Marcellene Hearn | (212) 547-1386 ext. | Kasowitz, Benson & Torres LLP | Interested Party, Mudrick Capital Management / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10659346 | Timothy Hoeffner | (267) 767-2644 ext. | McDermott Will & Emery LLP | Debtor, Quorum Health Corporation / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10659330 | David Hurst | (302) 485-3900 ext. 5068 | McDermott Will & Emery LLP | Debtor, Quorum Health Corporation / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10665143 | Joseph H. Huston, Jr. | (302) 425-3310 ext. | Stevens & Lee, P.C. | Creditor, Johnson & Johnson / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10661205 | Shelley Ivan | (212) 547-1386 ext. | Kasowitz, Benson & Torres LLP | Interested Party, Mudrick Capital Management / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10659386 | Emily Keil | (312) 984-2009 ext. | McDermott Will & Emery LLP | Debtor, Quorum Health Corporation / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10669136 | Carl Kunz, III | (302) 888-6800 ext. | Morris James LLP | Creditor, MEDHOST Cloud Services, Inc. et al / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10672842 | Blaise Latella | (212) 294-6810 ext. | Winston & Strawn LLP | Lender(s), UBS AG, Stamford Branch, as Administrative Agent & Collateral Agent / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10663293 | Raymond Lemisch | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Client, Daniel McMurray / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10668650 | Leah V. Lerman | (202) 307-0452 ext. | U.S. Department of Justice - Civil Division | Creditor, The United States / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10659570 | Geoffrey J. Lewis | (302) 573-3218 ext. | Wilmington Savings Fund Society | Interested Party, Geoffrey J. Lewis / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Quorum Health Corporation | 20-10766 | Hearing | 10664160 | Michael G. Linn | (415) 421-2132 ext. | Farallon Capital Management | Interested Party, we are representing ourselves / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10663734 | Tony Logan | (470) 312-8072 ext. | Tony Logan - In Pro Per/Pro Se | In Propria Persona, Tony Logan / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10665129 | Tyson Lomazow | (212) 530-5367 ext. | Milbank LLP | Creditor, Creditor ad hoc group of First Lien Lenders / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10661664 | Benjamin Loveland | (617) 526-6641 ext. | Wilmer Hale, LLP | Creditor, GLAS Americas LLC / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10667428 | Zachary Manning | (212) 390-4456 ext. | Kirkland & Ellis LLC | Interested Party, Ad Hoc Note Holder Group / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10665463 | Chantelle D. McClamb | (302) 252-4456 ext. | Ballard Spahr LLP | Interested Party, Aramark / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10667986 | Daniel T. McMurray | (203) 821-2000 ext. | Neubert, Pepe & Monteith, P.C. | Interested Party, Daniel T. McMurray / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10665089 | Alex E. Miller | (212) 530-5546 ext. | Milbank LLP | Creditor, AD HOC GROUP of First Lien Lenders / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10672875 | Jacob Morton | (302) 571-5741 ext. | Young Conaway Stargatt & Taylor, LLP | Representing, UBS AG / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10667386 | Leann Moses | (504) 585-3830 ext. | Carver Darden Koretzky Tessier Finn Blossman & Areaux | Creditor, Hancock Whitney Bank / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10659333 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Interested Party, Tina Moss / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10661232 | Jason Mudrick | (646) 747-9548 ext. | Mudrick Capital Management, LP | Interested Party, Mudrick Capital Management, LP / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10669340 | Bryan Norbut | (618) 201-5778 ext. | Integritas Emergency Physician Services | Creditor, Granite City Emergency Medicine Providers / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10671287 | Daniel A. O'Brien | (302) 245-4233 ext. | Venable LLP | Interested Party, Health Grid / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10675634 | Byung S. Park | (646) 855-9619 ext. | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10663259 | Christopher L. Perkins | (804) 788-9636 ext. | Eckert Seamans Cherrin & Mellott, LLC | Creditor, DXC Technology Services / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10659285 | Felicia Perlman | (312) 984-6473 ext. | McDermott Will & Emery LLP | Debtor, Quorum Health Corporation / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10663404 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Interested Party, TIAA Commercial Finance, Inc. and Western Alliance Bank / LISTEN ONLY |

| Case Name | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Quorum Health Corporation | 20-10766 | Hearing | 10661245 | Matthew Pietroforte | (646) 747-9548 ext. | Mudrick Capital Management, LP | Interested Party, Mudrick Capital Management, LP / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10661067 | Andrew R. Remming | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, Mudrick Capital Management, LP / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10661308 | Suzanne Roski | (212) 603-8349 ext. | Protiviti, Inc. | Interested Party, Mudrick Capital Management, LP / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10661109 | David Rosner | (212) 506-1726 ext. | Kasowitz Benson & Torres LLP | Interested Party, David Rosner / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10671293 | Jeffrey S. Sabin | (212) 307-5500 ext. | Venable LLP | Interested Party, Health Grid / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10661158 | Shai Schmidt | (212) 506-1949 ext. | Kasowitz Benson & Torres LLP | Interested Party, Shai Schmidt / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10672817 | Carey D. Schreiber | (212) 294-6810 ext. | Winston & Strawn LLP | Lender(s), UBS AG, Stamford Branch, as Administrative Agent & Collateral Agent / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10661121 | Howard Schub | (212) 506-1729 ext. 00 | Kasowitz Benson & Torres LLP | Interested Party, Mudrick Capital Management, LP / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10665201 | Michelle E. Shriro | (972) 380-5533 ext. | Singer & Levick, PC | Creditor, Conduent / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10664217 | Russell Silberglied | (302) 651-7545 ext. | Richards, Layton & Finger, P.A. | Creditor, Ad Hoc Term Lenders / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10673208 | Sarah Silveira | (302) 651-7687 ext. | Richards, Layton & Finger, P.A. | Creditor, Group of Ad Hoc Lenders / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10661263 | Matthew Smith | (804) 644-7000 ext. | Protiviti, Inc. | Interested Party, Protiviti, Inc. / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10675744 | Cam Sorenson | (615) 390-5455 ext. | Cam Sorenson - In Pro Per/Pro Se | Interested Party, Cam Sorenson / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10661145 | Matthew B. Stein | (212) 506-1717 ext. | Kasowitz Benson & Torres LLP | Interested Party, Matthew Stein / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10675398 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10667496 | Katie G. Stenberg | (615) 850-8944 ext. | Waller Lansden Dortch & Davis, LLP | Creditor, Sector Financial, Inc. / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10661279 | Sean Sterling | (410) 454-6800 ext. | Protiviti Inc. | Interested Party, Protiviti Inc. / LISTEN ONLY |

| Debtor | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Quorum Health Corporation | 20-10766 | Hearing | 10667923 | Jennifer Sucher | (312) 402-3662 ext. | Fox Swibel Levin & Carroll LLP | Bankruptcy Counsel, Humana Insurance Company / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10661102 | Brett Turlington | (302) 658-9200 ext. 212 | Morris Nichols Arsht & Tunnell LLP | Interested Party, Mudrick Capital Management, LP / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10676061 | Rajeev Varma | (815) 260-7801 ext. | Rajeev Varma - In Pro Per/Pro Se | Creditor/Claimant, Rajeev Varma / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10659431 | Nina M Varughese | (212) 261-6889 ext. | Perkins Coie LLP | Interested Party, Wilmington Savings Fund Society / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10658699 | Kelly Waits | (404) 685-4306 ext. | Burr & Forman LLP | Creditor, HealthTrust Workforce Soltuions / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10661083 | Meghan Ward Cascio | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, Mudrick Capital Management, LP / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10667933 | Robert S. Westermann | (804) 771-5610 ext. | Hirschler Fleischer, P.C. | Interested Party, Owens & Minor Distribution, Inc. / LIVE |
| Quorum Health Corporation | 20-10766 | Hearing | 10664011 | Shannon B. Wolf | (860) 240-2756 ext. | Morgan Lewis & Bockius LLP | Consultant, Alvarez & Marsal / LISTEN ONLY |
| Quorum Health Corporation | 20-10766 | Hearing | 10675594 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |