## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quorum Health Corporation, | ) | Case No. 20-10766 (BLS) |
| | ) | |
|     Reorganized Debtor. | ) | |
| _____ | ) | |
| Rajeev Varma, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | Adv. Proc. No. 20-51053 (BLS) |
| | ) | |
| Quorum Health Corporation, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

**ORDER DISMISSING COMPLAINT**

AND NOW, this 12th day of January 2023, upon consideration of the Debtor and Senior Noteholder's Motions to Dismiss [Docket No. 21, 23], and Dr. Varma's Complaint [Docket No. 1, 20]; and the responses and replies thereto, and all other briefing associated with the motions, and for the reasons stated in the accompanying Opinion of this Court dated January 11, 2023, it is hereby **ORDERED** that the Motions are **GRANTED**, and Dr. Varma's Complaint is dismissed with prejudice.

Dated: January 12, 2023

                                                        BRENDAN LINEHAN SHANNON
                                                        UNITED STATES BANKRUPTCY JUDGE