**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORP.,<br>Reorganized Debtor | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, as Litigation Trustee of the QHC LITIGATION TRUST and WILMINGTON SAVINGS FUND SOCIETY, FSB, solely in its capacity as Indenture Trustee<br>Plaintiffs,<br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br>Defendants. | Adv. Pro. No. 21-51190 (BLS)<br><br>Re: Adv. Docket Nos. 346, 347, 350, 351, 355, 356, 375, 378, 380, 406, 409, 411, 433 |

ORDER DENYING (i) *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY; (ii) CHS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AND (iii) ADAM FEINSTEIN'S MOTION FOR SUMMARY JUDGMENT

AND NOW, this 20th day of October, 2026, upon consideration of:

(i) The Defendants' *Daubert* Motion to Exclude Testimony of Patrick Allen Pursuant to Fed.R.Evid. 702 (the "*Daubert* Motion"); [1]

(ii) The CHS Defendants' Motion for Summary Judgment;[2] and

---

[1] Adv. Docket No. 355.

[2] Adv. Docket No. 346. The CHS Defendants consist of Defendants Community Health Systems, Inc. ("CHS"); CHS/Community Health Systems, Inc. ("CHS-2"); Revenue Cycle Service Center, LLC;

(iii) Adam Feinstein's Motion for Summary Judgment;[3]

and of all responsive pleadings thereto, and after oral argument, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that (i) the *Daubert* Motion; (ii) the CHS Defendants' Motion for Summary Judgment; and (iii) Adam Feinstein's Motion for Summary Judgment are each **DENIED.**

FOR THE COURT:

BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

---

CHSPSC, LLC; Professional Account Services, Inc.; Physician Practice Support, LLC; Eligibility Screening Services, LLC; W. Larry Cash; and Rachel Seifert.

[3] Adv. Docket No. 350.